| | |
|---|---|
| 1 | THOMAS E. MONTGOMERY, County Counsel |
| 2 | County of San Diego<br>By MELISSA M. HOLMES, Senior Deputy (SBN 220961) |
| 3 | 1600 Pacific Highway, Room 355<br>San Diego, California 92101-2469 |
| 4 | Telephone:  (619) 531- 5836<br>E-mail: melissa.holmes@sdcounty.ca.gov |
| 5 | Attorneys for Defendants City of Vista and County of San Diego (erroneously sued as The San Diego County Sheriff's Department) |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas M. deLeon, II and Sally deLeon, Conservators of the Estate of Thomas M. deLeon III,<br><br>Plaintiffs,<br><br>v.<br><br>The City of Vista, a governmental entity, The County of San Diego, a governmental entity, The San Diego County Sheriff's Department; and Does 1 through 100, inclusive,<br><br>Defendants. | No. **'18CV0714 JM   BGS**<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF STATE COURT ACTION PURSUANT TO 28 U.S.C. SECTION 1441(a), 28 U.S.C. SECTION 1331 (FEDERAL QUESTION), and 28 U.S.C. SECTION 1367(a) (SUPPLEMENTAL JURISDICTION)**<br><br>**JURY TRIAL DEMANDED** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFFS:**

**PLEASE TAKE NOTICE** that Defendants, City of Vista ("Vista") and the County of San Diego ("County") (erroneously sued as The San Diego County Sheriff's Department), hereby removes the state court action described below from the Superior Court of California for the County of San Diego, North County Division to this Court.

**I.     PROCEDURAL HISTORY**

1.     On February 28, 2018, Plaintiffs ,Thomas M. deLeon and Sally deLeon, in their alleged capacity as Conservator of the Estate of Thomas M. deLeon, III, ("Plaintiffs") filed a complaint in the Superior Court of California, County of San Diego,

entitled *Thomas M. deLeon, II and Sally M. deLeon, Conservators of the Estate of Thomas M. deLeon, III, Plaintiffs, vs. The City of Vista, a governmental entity, The County of San Diego, a governmental, entity, The San Diego County Sheriff's Department; and Does 1 through 100, inclusive, defendants*, Case No. 37-2018-00010124-CU-CR-NC. A true and correct copy of the Complaint is attached hereto as Exhibit A. A true and correct copy of the Summons and other related case-initiating documents are attached hereto as Exhibit B.

2. Plaintiffs filed the lawsuit in their capacity as alleged co-conservators of the Estate of Thomas M. deLeon, III. [Ex. A at ¶¶ 2-3.]

3. Plaintiffs named as defendants, "The City of Vista, The County of San Diego, The San Diego County Sheriff's Department, and, Does 1 through 100." [Ex. A at p. 1.]

4. Plaintiffs served Vista with the Summons and Complaint on March 13, 2018. [Ex. B at p. 1.]

5. Plaintiffs served the County with the Summons and Complaint on April 2, 2018. The Summons was received April 2, 2018. [Ex. B at p. 2.]

**II.     JURISDICTION AND VENUE**

6. Plaintiffs allege in their Complaint that Defendants deprived alleged the Conservatee Thomas M. deLeon ("Conservatee") of his civil rights under 42 U.S.C. § 1983. [Ex. A at pp. 1, 5, 6, and 7.] Thus, this Court has original jurisdiction of this case pursuant to 28 U.S.C. § 1331, as well as removal jurisdiction over this case pursuant to 28 U.S.C. §§ 1441(a).

7. Plaintiffs also assert state law claims in their Complaint. Plaintiffs' second cause of action (California Civil Code §52.1- Bane Act) and fourth cause of action (Infliction of Emotional Distress) are alleged against all Defendants. [Ex. A at pp. 6 – 7.] Plaintiffs' third cause of action (Assault and Battery) is alleged against Doe defendants. [Ex. A at p. 6.] Plaintiff's state law claims are based on the same set of facts as their

///

federal civil rights claims.  [Ex. A at ¶¶ 28, 33, & 37 (incorporating by reference all allegations into the state law claims).]

8. This Court also has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a).

9. Venue is proper in this Court pursuant to, 28 USC § 84(d),  28 U.S.C. § 1441(a) because this case was pending in the Superior Court of California, County of San Diego, North County Division which is located within the Southern District of California.

### III. PROCEDURAL COMPLIANCE

10. Plaintiffs served Vista with this Complaint on March 13, 2018.  [Ex. B at p. 1.]

11. Plaintiffs served the County with this Complaint on Complaint on April 2, 2018. The Summons was received April 3, 2018. [*See* Ex. B at p. 2.]

12. Defendants filed this Notice of Removal within 30 days of Plaintiff's service of the Complaint on Vista.  28 U.S.C. § 1446(b)(1).

13. A "copy of all process, pleadings, and orders served upon" Defendants in the state court action are attached as Exhibit A, (Plaintiffs' Complaint) and Exhibit B (summons and other supporting documents) pursuant to 28 U.S.C. § 1446.

14. Defendants will serve a copy of this Notice on Plaintiffs.  Defendants will also file a copy of this notice in the Superior Court of California, County of San Diego, North County Division.

### IV. CONCLUSION

15. Defendants respectfully request the state court action described above be removed to this Court.

DATED: April 11, 2018         THOMAS E. MONTGOMERY, County Counsel

By: s/MELISSA M. HOLMES, Senior Deputy
Attorneys for Defendants City of Vista and County of San Diego (erroneously sued as The San Diego County Sheriff's Department)