# EXHIBIT "A"

1  **DARVY MACK COHAN**  (SBN: 56753)
   Attorney at Law
2  1200 Prospect Street, Suite 550
   La Jolla, California 92037
3  Telephone: (858)459-4432
   Facsimile: (858)454-3548
4  Email: dmc@cohanlaw.com

5  **DAVID M. LARKIN**  (SBN: 66534)
   Attorney at Law
6  969 Vale Terrace, Suite D
   Vista, California 92084
7  Telephone: (760) 758-3940
   Facsimile: (760) 726-9783
8  Email: dmlarkinlaw@juno.com

9  Attorneys for Thomas M. deLeon, II and Sally deLeon, Conservators of the Estate of Thomas M. deLeon,
   III, plaintiffs

10

11                **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

12                **COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION**

13

14  Thomas M. deLeon, II and Sally deLeon,      )   Case No.:  **37-2018-00010124-CU-CR-NC**
    Conservators of the Estate of Thomas M.      )
15  deLeon, III                                  )   **COMPLAINT FOR DAMAGES**
                                                 )                **FOR**
16                        Plaintiffs,            )
                                                 )   **1. VIOLATIONS CIVIL RIGHTS**
17  v.                                           )      **ACT, SECTION 1983 (42 U.S.C. 1983)**
                                                 )   **2. VIOLATIONS OF CALIFORNIA**
18                                               )      **CIVIL CODE SECTION 52.1, et seq;**
    The City of Vista, a governmental entity,    )   **3. ASSAULT AND BATTERY;.**
19  The County of San Diego, a governmental      )   **4. INFLICTION OF EMOTIONAL**
    entity, The San Diego County Sheriffs        )      **DISTRESS**
20  Department; and Does 1 through 100,          )
    inclusive,                                   )
21                                               )
                          Defendants.            )
22                                               )
                                                 )
23  _____ )

24        COMES NOW, Thomas M. deLeon, II and Sally deLeon, Conservators (pursuant to Court Order in

25  San Diego Superior Court Case No. 37-2017-00021036 PR-CE-CTL) of the Estate of Thomas M. deLeon,

26  III, Conservatee (hereinafter "plaintiffs") for cause of action against defendants, and each of them, alleges

27  as follows:

28  / / /

**VENUE**

1.      At all times herein mentioned, the incident alleged arose out of facts and circumstance occurring in the County of San Diego, California, within the North County Judicial District.

**GENERAL ALLEGATIONS**

2.      Conservatee, Thomas M. deLeon, III (hereinafter "Thomas") is, and was at the time of the incident a resident of the County of San Diego, within the North County Judicial District and was at all times herein mentioned entitled to the protection of his Civil Rights as set forth in the Constitution of the United States, Constitution of the State of California and the laws and regulations of State and Local agencies.

3.      Conservators are the parents of Thomas and are residents of the County of San Diego within the North County Judicial District.

4.      The City of Vista (hereinafter "City") is a governmental entity, duly organized and existing under the laws of the State of California, with its principal business office located in Vista, San Diego County, California.

5.      The County of San Diego (hereinafter "County") is a governmental entity duly organized and exiting under the laws of the State of California, with its principal business office located in the City of San Diego, California.

6.      Plaintiffs are informed and believes and thereon allege that the San Diego County Sheriff's Department is an autonomous department within the County under the leadership of the San Diego County Sheriff (hereinafter "Sheriff"), a publically elected official.

7.      Plaintiffs are informed and believes and thereon allege the Sheriff sets the policies, procedures, and training requirements for all Deputy Sheriffs employed by the County.

8.      Plaintiffs are informed and believes and thereon allege that the City contracts with the County (Sheriff's Department) to provide Police services to the City of Vista for the benefit of the residents, business owners, guests, etc... of the City.

9.      Plaintiffs are ignorant of the true names or capacities, whether individual, corporate, associate or otherwise of defendants Does 1 through 100, inclusive, are unknown to plaintiff who therefore sues said defendants by fictitious names. Plaintiffs are informed and believe and upon such information and

1    belief allege that each of the fictitiously named defendants is responsible in some manner for the

2    occurrences herein alleged and that said fictitiously named defendants conduct proximately caused Thomas's

3    damages. Plaintiffs will seek leave of court to amend this Complaint when the true names or capacities of

4    said fictitiously named defendants have been ascertained.

5        10.    Plaintiffs are informed and believes and thereon allege that each of the defendants,

6    including the fictitiously named defendants were/are the agent/employee of the other named defendants,

7    including the fictitiously named defendants and were acting within the course and scope of such

8    agency/employment in doing the acts herein alleged.

9        11.    At all relevant times herein alleged Section 1983 of the U.S. Code provides, *inter*

10   *alia*, as follows:

11           "Every person who, under color of any statute,... of any State..., subjects,
             or causes to be subjected, any citizen of the United States or other person
12           within the jurisdiction thereof to the deprivation of any rights, privileges,
             or immunities secured by the Constitution and laws, shall be liable to the
13           party injured in an action at law, suit in equity, or other proper proceeding
             for redress." (42 U.S.C. §1983)
14

15       12.    At all relevant times herein alleged California Civil Code, Section 52.1 provides,

     *inter alia*, as follows:
16
             (a) "If a person or persons, whether or not acting under color of law,
17           interferes by threats, intimidation, or coercion, or attempts to interfere by
             threats, intimidation, or coercion, with the exercise or enjoyment by any
18           individual or individuals of rights secured by the Constitution or laws of the
             United States, or of the rights secured by the Constitution or laws of this
19           State, the Attorney General,...may bring a civil action, for
             injunctive...relief...in order to protect the peaceable exercise or enjoyment
20           of the right or rights secured. An action brought by the Attorney
             General...may also seek a civil penalty of $25,000.00. If [the] civil penalty
21           is requested, it shall be assessed individually against each person who is
             determined to have violated this Section....
22

23           **(b) Any individual whose exercise or enjoyment of rights secured by
             the Constitution or laws of the United States, or of rights secured by
24           the Constitution or laws of this State, has been interfered with, or
             attempted to be interfered with, as described in subdivision (a), may
25           institute and prosecute in his or her name and on his or her behalf a
             civil action for damages, including, but not limited to damages under
26           Section 52, injunctive relief, and other appropriate equitable relief to
             protect the peaceable exercise or enjoyment of the right or rights
27           secured."** (*emphasis added*)

28

13.  At all relevant times herein alleged California Government Code, Section 815.2 provides, *inter alia*, as follows:

> (a) "A public entity is liable for injury proximately caused by an act...of an employee of the public entity within the scope of his employment if the act... would, apart from this Section, have given rise to a cause of action against that employee or his personal representative."

14.  At all relevant times herein alleged California Government Code, Section 815.4 provides, *inter alia*, as follows:

> "A public entity is liable for injury proximately caused by a tortuous act... of an independent contractor of a public entity to the same extent that the public entity would be subject to such liability if it were a private person...."

15.  At all relevant times herein mentioned, the requirements of the California Tort Claim Act are not applicable with respect to the County of San Diego and/or the San Diego County Sheriff's Department when filing an action under 42 U.S.C. §1983. [*see Rossiter* v. *Benoit* (1979) 88 Cal. App. 3d 706,713] Moreover, the City of Vista has acknowledged in their letter of rejection of plaintiff's claim that the matter has been tendered to the County for handling. (*see* Exhibit "B")

16.  On or about December 20, 2016, during the afternoon hours, Thomas was riding his bicycle along the northerly edge of West Vista Way between Melrose Drive and Rollins Way in the City of Vista. Thomas was 58 years, 11 months, 5 days old at the time.

17.  At said time and place Thomas was confronted by three (3) uniformed San Diego County Deputy Sheriffs (hereinafter "SDCDS Doe 1, Doe 2 and Doe 3"). Specifically, defendants SDCDS Doe 1, Doe 2 and Doe 3 in their own individual capacity and in concert with each other, and acting under color of law separated Thomas from his bicycle, slammed him to the ground, hand cuffed him and commenced to beat him about his head and body; kicking him in head and body, punching him with their fists and beating him with their night sticks; stopping only after an eye witness yelled at said defendants that the beating was being video recorded.

Thomas sustained injuries from said defendants beating and had to be transported by the City of Vista Fire Department to Tri-City Medical Center in Oceanside where he was treated for his injuries.

///

///

18.     Plaintiffs have fully complied with California Government Code Sections 900, *et seq.* by timely filing a claim with the City Clerk of the City of Vista on June 19, 2017. A true and correct copy of the claim is attached hereto as Exhibit "A" and is incorporated herein by reference.

19.     The City denied Plaintiffs' claim on September 14, 2017 and tendered the claim to the County of San Diego for handling. A true and correct copy of the City's denial of plaintiffs' claim is attached hereto as Exhibit "B" and is incorporated herein by reference.

### FIRST CAUSE OF ACTION

### VIOLATION OF CIVIL RIGHTS (42 U.S.C. §1983)
(Against all Defendants)

20.     Plaintiffs incorporates each and every allegation contained in paragraphs 1 through 19, inclusive, with the same force and effect as though fully set forth herein.

21.     Defendants, SDCDS Doe 1, Doe 2 and Doe 3, acting under color of law and as agents and/or employees of the City and/or County, violently beat Thomas after he was on the ground and hand cuffed, using their fists, feet, night sticks/billie clubs, without provocation and in contravention of proper police procedure. Such use of excessive force resulted in injuries to Thomas and violated Thomas's Civil Rights as guaranteed by the U.S. Constitution (42 U.S.C. §1983).

22.     In doing the acts herein alleged, defendants, SDCDS Doe 1, Doe 2 and Doe 3 were the agents, officers, servants and/or employees of defendants City and/or County.

23.     In doing the acts herein alleged, defendants SDCDS Doe 1, Doe 2 and Doe 3 did so knowingly, maliciously, wantonly, recklessly and in conscious disregard of whether Thomas's civil rights had been violated as guaranteed by 42 U.S.C. §1983.

24.     As a result of defendants outrageous conduct, Thomas suffered not only physical injuries, but has suffered psychological injuries in the form of emotional distress.

25.     The conduct of defendants is the actual and proximate cause of Thomas's injuries and therefore plaintiffs are entitled to damages in an amount to be proven at trial.

26.     Because of said defendants unjustified use of excessive force in a wanton, malicious and oppressive manner in conscious disregard of Thomas's Constitutional Rights, plaintiffs are entitled to exemplary and punitive damages. *[Smith* v. *Wade,* 461 U.S. 30; 103 S. Ct. 1625 (1983)].

27.     Because of said defendants conduct depriving Thomas of his Civil Rights under Section 1983, plaintiffs are entitled to recover reasonable attorneys' fees pursuant to 42 U.S.C. §1988(b).

## SECOND CAUSE OF ACTION

### VIOLATION OF CIVIL RIGHTS UNDER THE BANE ACT (CIVIL CODE §52.1)
(Against all Defendants)

28.     Plaintiff s incorporate each and every allegation contained in paragraphs 1 through 27, inclusive, with the same force and effect as though fully set forth herein.

29.     Defendants conduct as herein above alleged was the proximate cause of Thomas's damages.

30.     Thomas's physical and psychological injuries were proximately caused by defendants, and each of them, conduct which entitles plaintiffs to special damages according to proof.

31.     Because of defendants, and each of them, conduct was outrageous, malicious, oppressive and in conscious disregard of Thomas's Civil Rights, plaintiffs are entitled to exemplary and punitive damages pursuant to Civil Code Section 3294.

32.     Because of defendants, and each of them, conduct as herein alleged, plaintiffs are entitled to attorney's fees pursuant to Civil Code Section 52(b)(3).

## THIRD CAUSE OF ACTION

### ASSAULT AND BATTERY
(Against SDCDS Doe 1, Doe 2 and Doe 3)

33.     Plaintiffs incorporate each and every allegation contained in paragraphs 1 through 32, inclusive, with the same force and effect as though fully set forth herein.

34.     Defendants SDCDS Doe 1, Doe 2 and Doe 3 assaulted and battered Thomas after confronting him on his bicycle, knocking him to the ground and hand cuffing him.

35.     Said defendants conduct was the proximate cause of Thomas's physical and psychological damages, thereby entitling plaintiffs to recover general and special damages according to proof.

///
///

36.     Because said defendants, and each of them, conduct was outrageous, malicious, oppressive and in conscious disregard of Thomas's Civil Rights, plaintiffs are entitled to exemplary and punitive damages pursuant to Civil Code §3294.

## FOURTH CAUSE OF ACTION

### INFLICTION OF EMOTIONAL DISTRESS
(Against all Defendants)

37.     Plaintiffs incorporate each and every allegation contained in paragraphs 1 through 36, inclusive, with the same force and effect as though fully set forth herein.

38.     Defendants City and County owed a duty to Thomas and to the public to make sure that all law enforcement personnel are informed and properly trained in the policies, procedures, practices and customs regarding the use of physical force when interacting with the public.

39.     Defendants SDCDS Doe 1, Doe 2 and Doe 3 owed a duty to Thomas not to use excessive force unless such force was necessary under the circumstances **AND** was consistent with policies, procedures, practices and customs of the City, County and Sheriffs Department.

40.     Defendants City, County, SDCDS Doe 1, Doe 2 and Doe 3 breached their respective duties when defendants SDCDS Doe 1, Doe 2 and Doe 3 commenced to beat Thomas while hand cuffed on the ground, inflicting injury to his head, body and psychie.

41.     Defendants conduct was the actual and proximate cause of plaintiffs damages in an amount to be proven at trial.

**WHEREFORE**, plaintiffs prays judgment against defendants, and each of them as follows:

A.     **First Cause of Action** - (Violation of Civil Rights (42 U.S.C. §1983)
(Against all Defendants)

1.     For general damages according to proof

2.     For special damages according to proof,

3.     For exemplary and punitive damages;

4.     For reasonable attorneys' fees.

B.     **Second Cause of Action** - (Violation of Civil Rights, Civil Code §52.1)
(Against all Defendants)

1.     For general damages according to proof,

2.    For special damages according to proof,

3.    For exemplary and punitive damages;

4.    For attorneys' fees (Civil Code §52(b)(3).

C.    **Third Cause of Action -** (Assault and Battery)
      (Against Defendants SDCDS Doe 1, Doe 2 and Doe 3 )

1.    For general damages according to proof

2.    For special damages according to proof,

3.    For exemplary and punitive damages;

D.    **Fourth Cause of Action -** (Infliction of Emotional Distress)
      (Against all Defendants)

1.    For general damages according to proof,

2.    For special damages according to proof,

3.    For costs of suit herein incurred;

4.    For such other and further relief as the Court deems just and proper.

Dated: 2/24/2018

**DARVY MACK COHAN**, Attorney for Thomas M.
deLeon, II and Sally deLeon, conservators of the Estate of
Thomas M. deLeon, III, plaintiff.

Dated: 2/24/2018

**DAVID M. LARKIN**, Attorney for Thomas M. deLeon,
II and Sally deLeon, conservators of the Estate of Thomas
M. deLeon, III, plaintiff.

Exhibit   "A"

EXHIBIT A



**City of Vista
200 Civic Center Drive
Vista CA 92084**

RECEIVED

JUN 19 2017

CITY CLERK
CITY OF VISTA, CA

*10:01 AM*

C. *Jope*

## CLAIM FOR DAMAGES TO PERSON OR PROPERTY
### INSTRUCTIONS

1. Claims for injury, death to person or personal property must be filed not later than six (6) months after the occurrence. (Gov. Code Sec. 911.2)
2. Claims for damages to real property (land, structures or crops) must be filed not later than one (1) year from date of occurrence. (Gov. Code Sec. 911.2)
3. Read the entire Claim Form before filing. Claim can be mailed or filed in person. No faxes will be accepted. Mailing address is 200 Civic Center Drive, Vista, CA 92084
4. See Page 2 for diagram upon which to locate place of accident.
5. This Claim Form must be dated and signed at the bottom.
6. Attach separate sheets, if necessary, to give full details. (Sign each separate sheet)
7. Claim Form must be filed with the City Clerk. (Gov. Code Sec. 915a)
8. This form is available in alternative format. Please contact the ADA Coordinator at (760) 639-6145.

To:   The City Clerk
        City of Vista, California

I, the undersigned, hereby present the following claim to the City of Vista in accordance with the laws of the State of California.

1.   Name of Claimant: Thomas Martinez DeLeon,III,aka Tomas M. DeLeon (TMD)
     Address: 128 Rollins Way

     | City: Vista | State: CA | Zip Code: 92083 |
     | Phone No. (day) --- | (alternate) --- | |

2.   Name and address to which person presenting claim desires notices to be sent:
     Thomas and Sally DeLeon,  228 Lobelia Drive Vista, CA 92083

3.   Occurrence or transaction which gives rise to claim: Date: 12/20 Time 2-4:00 am/pm
     Place: 567 W. Vista Way, Vista,CA          2016

     Specify the particular act or omission you claim caused the damage or injury. Include a statement of how and wherein the City or its employees were at fault: Three,on duty, Uniformed Deputy Sheriffs attacked TMD while he was on his bicyle in front of Wendys at 567 W. Vista Way in Vista, CA.

4.   Full description of the circumstances involved in the act or omission referred to in Paragraph 3 above, out of which the alleged damage or injury arose:
     Police Officers Beating,Kicking&Punching TMD about Head/Face,Upper and Lower Body while TMD was on the ground, when a By-Stander yelled he was videoing the the incident. The Officers immediately Stopped.Vista Fire Dept. responed and transported TMD to Tri-City Emergency where TMD was treated for his injuries.

City of Vista Claim Form
Approved 1-2010                                    1

EXHIBIT A

5.  General description of injury, damage or loss (so far as known as of the date of this claim).
    Upper/Lower Body Bruises,Concussion, Lacerations to Head&Eye-
    requiring Stitches,Possible Brain Damage, Emotional Trauma,
    Probable PTSD, etc....

6.  Name or names of City employee or employees causing injury, damage or loss if known.
    (if not known, state "not known"):
    NOT   KNOWN

    A. Amount claimed as of date of claim:              $        2,180.80
    B. Estimated amount of any prospective injury,
       damage or loss:                                  $    15,000,000.00

    C. Total amount claimed:                            $   15,002,180.80 **
       **please attach all receipts and/or estimates for backup**

    D. Break down of computation of the amount claimed: Vista Fire Dept.transport
    to TCMC-$1,308.80, TCMC-ER-$872.; Violation of Civil Rights 1983,
    Battery, Excessive Force; Bane Act- $15,000,000.

7.  Name and address of witnesses, doctors, hospitals, etc.
    NAME              ADDRESS              PHONE
    A.  Three Deputy Sheriffs- Names Not Known
    B.  TCMC-ER Doctors

8.  Any additional information that may be helpful in considering this claim:
    (attach additional sheets if necessary)

I am the person named in the above claim.  I have completed, or have caused to be completed, this claim form.
The amounts or value of damages claimed above are the direct and actual damages I have incurred as a result
of the incident referred to in this claim form.  All of the information I have provided is true and correct.  I declare
under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 17, 2017            Place Where Executed: Vista, California

Thomas M. DeLeon, III
Printed name of claimant        Signature of Claimant Thomas M. DeLeon,II,Conservator

Exhibit   "B"

EXHIBIT A



**CITY OF VISTA**

September 14, 2017

Thomas Martinez DeLeon III.
128 Rollins Way
Vista, CA 92083

SUBJECT:   LIABILITY CLAIM AGAINST THE CITY
            Claimant:    Thomas Martinez DeLeon III
            DOI:         12/20/2016
            Claim No.    16/1717LC023

Dear Mr. DeLeon,

Notice is hereby given that the above referenced claim, which you presented to the City of Vista, is denied.

WARNING

SUBJECT TO CERTAIN EXCEPTIONS, YOU HAVE ONLY SIX (6) MONTHS FROM THE DATE THIS NOTICE WAS PERSONALLY DELIVERED OR DEPOSITED IN THE MAIL TO FILE A COURT ACTION ON THIS CLAIM.  SEE GOVERNMENT CODE SECTION 945.6.

Your claim has been tendered to The County of San Diego for handling.  Should you have any questions, please contact them.

1600 Pacific Coast Highway room 355
San Diego, CA 92101
(619) 531-4899

You may seek the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately.

Very truly yours,

Isabel Casteran
Risk and Safety Analyst

Date of Mailing Notice:__September 14, 2017_____
Certified Mail Article No.:_7016 2710 0000 2701 2325_____

c: City Clerk
    City Attorney
    Liability File

EXHIBIT A