# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMS M. DeLEON, II; and SALLY deLEON, Conservators of the Estate of Thomas M. DeLeon, III,<br><br>Plaintiffs,<br>v.<br>THE CITY OF VISTA; THE COUNTY OF SAN DIEGO; and THE SAN DIEGO SHERIFF'S DEPARTMENT,<br><br>Defendants. | CASE NO. 18cv0714 JM(BGS)<br><br>ORDER DENYING MOTION TO DISMISS AS MOOT |

In light of the filing of the First Amended Complaint on May 7, 2018, the court denies Defendants' pending motion (ECF 4) to dismiss as moot.

**IT IS SO ORDERED.**

DATED: May 14, 2018

Hon. Jeffrey T. Miller
United States District Judge

cc: All parties