Brian K. Cline
brian@clineapc.com
**CLINE, APC**
7855 Ivanhoe Avenue, Suite 408
La Jolla, CA 92037
858/373.9337 (t)

Daley & Heft, LLP
Attorneys at Law
Mitchell D. Dean, Esq. (SBN 128926)
Lee H. Roistacher, Esq. (SBN 179619)
462 Stevens Avenue, Suite 201
Solana Beach, CA  92075
Telephone:  (858) 755-5666
Facsimile:  (858) 755-7870
E-mail:      mdean@daleyheft.com; lroistacher@daleyheft.com

Attorneys for Defendants
City of Vista, John Franklin, County of San Diego,
San Diego County Sheriff William D. Gore,
Jared Muli and Kyle Klein

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. DELEON, II and SALLY DELEON, Conservators of the Estate of Thomas M. deLeon, III,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF VISTA, COUNTY OF SAN DIEGO, WILLIAM D. GORE, KYLE KLEIN, JARED MULI, ELIAS VENTURA, and JOHN FRANKLIN,<br><br>　　　　　　　　　　Defendants. | Case No.:  18cv714 JM (BGS)<br><br>**JOINT MOITION TO DISMISS** |

In accordance with Federal Rule of Civil Procedure 41(a)(2), plaintiffs Thomas M. deLeon, II and Sally deLeon, Conservators of the Estate of Thomas M. deLeon, III (Plaintiffs), and defendants City of Vista, County of San Diego, William D. Gore, Kyle Klein, Jared Muli, Elias Ventura, and John Franklin (Defendants) (collectively the "Parties") hereby file this Joint Motion to request a Court Order to dismiss all of the Plaintiffs' claims against Defendants with prejudice, in consideration of a negotiated settlement agreement entered into by the Parties.

Moreover, the Parties request the Court retain jurisdiction to enforce any remaining terms of the Parties Settlement and Release Agreement consistent with the United States District Court for the Southern District of California CivLR 7.2, Federal Rules of Civil Procedure 41(a)(1)(A)(ii), 41(a)(1)(B), 41(a)(2) and *Hagestad v. Tragesser,* 49 F.3d 1430, 1433 (9th Cir. 1995).

DATED: 9/16/20        CLINE, APC

By.:   s/*Brian K. Cline*
       Brian K. Cline
       Attorneys for Plaintiffs

DATED: 9/16/20        Daley & Heft, LLP

By.:   *s/Lee H. Roistacher*
       Mitchel D. Dean
       Lee H. Roistacher
       Attorneys for Defendants